UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Chapter 7 |
|---|---|
| **Mark & Cheryl Maley,** | Bankruptcy No. 15-23712 |
| Debtor. | Honorable Bruce W. Black |

**TRUSTEE'S CERTIFICATE OF SERVICE FOR
NOTICE OF TRUSTEE'S FINAL REPORT**

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #37)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on May 26, 2016, 2016.

Dated: May 26, 2016

**Zane L. Zielinski**, not individually but as the chapter 7 trustee of the bankruptcy estate of **Mark and Cheryl Maley,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
   ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

- **Nathan E Curtis**   ndil@geracilaw.com
- **Ariane Holtschlag**   aholtschlag@wfactorlaw.com, bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Steven C Lindberg**   bankruptcy@fallaw.com
- **Sara E Lorber**   slorber@wfactorlaw.com, slorber@ecf.inforuptcy.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
- **Nisha B Parikh**   bankruptcy@fal-illinois.com

## MANUAL SERVICE LIST

**VIA U.S. MAIL**
Pyod, Llc Its Successors And Assigns As Assignee
Of Citibank, N.A.
Resurgent Capital Services
Po Box 19008
Greenville, SC 29602

**VIA U.S. MAIL**
Quantum3 Group Llc As Agent For
Moma Funding Llc
Po Box 788
Kirkland, WA 98083-0788

**VIA U.S. MAIL**
Capital One Bank (Usa), N.A.
Po Box 71083
Charlotte, NC 28272-1083

**VIA U.S. MAIL**
Bmo Harris Bank N.A.
Po Box 2035
Milwaukee, WI 53201

**VIA U.S. MAIL**
Capital One, N.A.
C O Becket And Lee Llp
Po Box 3001
Malvern, PA 19355-0701

**VIA U.S. MAIL**
**Mark E Maley**
Cheryl Maley
717 Oakwood St
Minooka, IL 60447