UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Mark E Maley | § | Case No. 15-23712 |
| Cheryl A Maley | § | |
| | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 218,154.00  *(Without deducting any secured claims)* | Assets Exempt: 48,510.00 |
| Total Distributions to Claimants: 7,709.37 | Claims Discharged Without Payment: 329,687.94 |
| Total Expenses of Administration: 4,589.32 | |

3) Total gross receipts of $ 12,298.69  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 12,298.69  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 254,628.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,589.32 | 4,589.32 | 4,589.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 83,461.00 | 54,583.31 | 54,583.31 | 7,709.37 |
| **TOTAL DISBURSEMENTS** | $ 338,089.00 | $ 59,172.63 | $ 59,172.63 | $ 12,298.69 |

4) This case was originally filed under chapter 7 on 07/10/2015 . The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/09/2016          By: /s/Zane L. Zielinski
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cheryl Maley Inheritance | 1229-000 | 12,298.69 |
| **TOTAL GROSS RECEIPTS** | | **$ 12,298.69** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BK OF AMER | | 23,810.00 | NA | NA | 0.00 |
| 2 | Nissan Motor Acceptanc | | 12,028.00 | NA | NA | 0.00 |
| 3 | Wells Fargo BANK NV NA | | 49,308.00 | NA | NA | 0.00 |
| 4 | Wells Fargo HM Mortgag | | 169,482.00 | NA | NA | 0.00 |
| | Acct #: 9360345346928 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Attn: Bankruptcy Dept. 8480 Stagecoach Cir | | 0.00 | NA | NA | 0.00 |
| | Attn: Bankruptcy Dept. 9000 Southside Blvd Bldg | | 0.00 | NA | NA | 0.00 |
| | Attn: Bankruptcy Dept. Po Box 31557 | | 0.00 | NA | NA | 0.00 |
| | Attn: Bankruptcy Dept. Po Box 660360 | | 0.00 | NA | NA | 0.00 |
| | Billings MT 59107 | | 0.00 | NA | NA | 0.00 |
| | Dallas TX 75266 | | 0.00 | NA | NA | 0.00 |
| | Frederick MD 21701 | | 0.00 | NA | NA | 0.00 |
| | Jacksonville FL 32256 | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 254,628.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski | 2100-000 | NA | 1,979.87 | 1,979.87 | 1,979.87 |
| Zane L. Zielinski | 2200-000 | NA | 17.80 | 17.80 | 17.80 |
| Associated Bank | 2600-000 | NA | 14.15 | 14.15 | 14.15 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Law Offices of William J. Factor, LTD | 3110-000 | NA | 2,577.50 | 2,577.50 | 2,577.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,589.32 | $ 4,589.32 | $ 4,589.32 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 ARS National Services Bankruptcy Department PO Box 463023 Escondido CA 92046 | | 4,293.00 | NA | NA | 0.00 |
| | 10 Chase CARD Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 7,622.00 | NA | NA | 0.00 |
| | 12 Comcast C/O Stellar Recovery INC 4500 Salisbury Rd Ste 10 Jacksonville FL 32216 | | 547.00 | NA | NA | 0.00 |
| | 15 Syncb/AMER EAGLE DC Attn: Bankruptcy Dept. Po Box 965005 Orlando FL 32896 | | 5,943.00 | NA | NA | 0.00 |
| | 16 Syncb/JC PENNEY DC Attn: Bankruptcy Dept. Po Box 965007 Orlando FL 32896 | | 419.00 | NA | NA | 0.00 |
| | 17 Syncb/WALMART DC Attn: Bankruptcy Dept. Po Box 965024 Orlando FL 32896 | | 7,407.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 18 Vision Financial Servi Attn: Bankruptcy Dept. 1900 W Severs Rd La Porte IN 46350 |  | 100.00 | NA | NA | 0.00 |
|  | 3 CAP1/Bstby Attn: Bankruptcy Dept. 26525 N Riverwoods Blvd Mettawa IL 60045 |  | 0.00 | NA | NA | 0.00 |
|  | 4 Capital One Attn: Bankruptcy Dept. 26525 N Riverwoods Blvd Mettawa IL 60045 |  | 1,855.00 | NA | NA | 0.00 |
| 8 | Bmo Harris Bank N.A. | 7100-000 | 14,738.00 | 14,318.16 | 14,318.16 | 2,022.30 |
| 7 | Capital One Bank (Usa), N.A. | 7100-000 | 16,964.00 | 16,964.20 | 16,964.20 | 2,396.03 |
| 9 | Capital One, N.A. | 7100-000 | 587.00 | 633.15 | 633.15 | 89.42 |
| 2 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 210.00 | 210.00 | 210.00 | 29.66 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 989.00 | 937.46 | 937.46 | 132.41 |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 4,293.00 | 4,025.17 | 4,025.17 | 568.52 |
| 5 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 12,301.00 | 12,301.62 | 12,301.62 | 1,737.49 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 4,493.00 | 4,493.42 | 4,493.42 | 634.65 |
| 1 | Quantum3 Group Llc As Agent For | 7100-000 | 700.00 | 700.13 | 700.13 | 98.89 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 83,461.00 | $ 54,583.31 | $ 54,583.31 | $ 7,709.37 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 15-23712 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|
| Case Name: | Mark E Maley | | | | Date Filed (f) or Converted (c): | 07/10/2015 (f) |
| | Cheryl A Maley | | | | 341(a) Meeting Date: | 09/14/2015 |
| For Period Ending: | 08/10/2016 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 717 Oakwood St Minooka, Il 60447 (Debtor's Residence) | 220,000.00 | 0.00 | | 0.00 | FA |
| 2. PNC Bank Checking Account | 10.00 | 0.00 | | 0.00 | FA |
| 3. BMO Checking Acount | 500.00 | 0.00 | | 0.00 | FA |
| 4. BMO Checking Account | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Household goods and furnishings, including audio, video, and | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Books, pictures and other art objects, antiques, stamp, coin | 100.00 | 100.00 | | 0.00 | FA |
| 7. Wearing Apparel | 200.00 | 200.00 | | 0.00 | FA |
| 8. Earrings, watch, costume jewelry | 200.00 | 200.00 | | 0.00 | FA |
| 9. Term Life Insurance | Unknown | 0.00 | | 0.00 | FA |
| 10. Pension w/ employer/Former Employer | Unknown | 0.00 | | 0.00 | FA |
| 11. Workers Compensation Claim | Unknown | 0.00 | | 0.00 | FA |
| 12. Personal Injury Claim | 15,000.00 | 0.00 | | 0.00 | FA |
| 13. 2014 Nissan Juke | 13,737.00 | 1,709.00 | | 0.00 | FA |
| 14. 2013 Ford F-150 | 14,417.00 | 0.00 | | 0.00 | FA |
| 15. Cheryl Maley Inheritance (u) | 0.00 | 12,298.69 | | 12,298.69 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $266,664.00       $14,507.69       $12,298.69       $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is investigating a probate matter.

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

| | | | |
|---|---|---|---|
| RE PROP # | 11 | -- | This case is fully exempt. |
| RE PROP # | 12 | -- | The Trustee investigated and determine potential recovery to be less than the exemption amount. |

Initial Projected Date of Final Report (TFR):     Current Projected Date of Final Report (TFR):

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-23712 | Trustee Name: Zane L. Zielinski | |
| Case Name: Mark E Maley | Bank Name: Associated Bank | |
| Cheryl A Maley | Account Number/CD#: XXXXXX4529 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3629 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 08/10/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/04/16 | 15 | Karen Chmielewski<br>PNC Bank Cashier's check | Inheritance | 1229-000 | $12,298.69 | | $12,298.69 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.15 | $12,284.54 |
| 06/17/16 | 5001 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $1,997.67 | $10,286.87 |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($1,979.87) | 2100-000 | | | |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($17.80) | 2200-000 | | | |
| 06/17/16 | 5002 | The Law Offices of William J. Factor, LTD<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $2,577.50 | $7,709.37 |
| 06/17/16 | 5003 | Quantum3 Group Llc As Agent For Moma Funding Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 1 representing a payment of 14.12 % per court order. | 7100-000 | | $98.89 | $7,610.48 |
| 06/17/16 | 5004 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Distribution | | | $3,102.73 | $4,507.75 |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 2 representing a payment of 14.12 % per court order. ($29.66) | 7100-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 3 representing a payment of 14.12 % per court order. ($132.41) | 7100-000 | | | |

Page Subtotals: $12,298.69 $7,790.94

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-23712 | Trustee Name: Zane L. Zielinski | |
| Case Name: Mark E Maley | Bank Name: Associated Bank | |
| Cheryl A Maley | Account Number/CD#: XXXXXX4529 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3629 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 08/10/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 4 representing a payment of 14.12 % per court order. | ($568.52) 7100-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 5 representing a payment of 14.12 % per court order. | ($1,737.49) 7100-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 6 representing a payment of 14.12 % per court order. | ($634.65) 7100-000 | | | |
| 06/17/16 | 5005 | Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Final distribution to claim 7 representing a payment of 14.12 % per court order. | 7100-000 | | $2,396.03 | $2,111.72 |
| 06/17/16 | 5006 | Bmo Harris Bank N.A. Po Box 2035 Milwaukee, Wi 53201 | Final distribution to claim 8 representing a payment of 14.12 % per court order. | 7100-000 | | $2,022.30 | $89.42 |
| 06/17/16 | 5007 | Capital One, N.A. C O Becket And Lee Llp Po Box 3001 Malvern, Pa 19355-0701 | Final distribution to claim 9 representing a payment of 14.12 % per court order. | 7100-000 | | $89.42 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $12,298.69 | $12,298.69 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $12,298.69 | $12,298.69 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,298.69 | $12,298.69 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*    Page Subtotals:   $0.00   $4,507.75

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4529 - Checking | $12,298.69 | $12,298.69 | $0.00 |
|  | $12,298.69 | $12,298.69 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $12,298.69 |
| Total Gross Receipts: | $12,298.69 |

Page Subtotals:    $0.00    $0.00